IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.:   18-cr-00414-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ARIEL NICOLE WALKER,

        Defendant.

## INDICTMENT
21 U.S.C. § 841(a)(1), (b)(1)(C)
(Distribution of a Schedule I Controlled Substance Resulting in Death)

THE GRAND JURY CHARGES:

### COUNT 1

On or about May 31, 2018, in the State and District of Colorado, the defendant, ARIEL NICOLE WALKER, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, the use of which resulted in the death of E.N. on or about that same date.

//

//

//

2

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

TRUE BILL:

Ink signature on file in Clerk's Office
FOREPERSON

ROBERT C. TROYER
United States Attorney

By: s/Peter McNeilly
PETER MCNEILLY
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: Peter.McNeilly@usdoj.gov
Attorney for the Government